1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
5     160 Spear Street, 8th Floor
      San Francisco, California 94105
6     Telephone:  (415) 977-8972
      Facsimile:  (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
10                           **SAN JOSE DIVISION**

11  MARIA CRISTINA LOPEZ MANZO,        )
                                       )   CASE NO.: 5:11-cv-05137-EJD
12             Plaintiff,              )
                                       )   STIPULATION AND PROPOSED ORDER
13                                     )   FOR A FIRST EXTENSION FOR
          v.                           )   DEFENDANT TO FILE NOTICE, MOTION,
14                                     )   AND MEMORANDUM IN SUPPORT OF
                                       )   CROSS-MOTION FOR SUMMARY
15  MICHAEL J. ASTRUE,                 )   JUDGMENT AND IN OPPOSITION TO
    Commissioner of                    )   PLAINTIFF'S MOTION FOR SUMMARY
16  Social Security,                   )   JUDGMENT
                                       )
17             Defendant.              )
    _____)

18
19          IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20  of the Court, that Defendant shall have a 30-day extension, or until May 9, 2012, in which to file his

21  Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22  Opposition to Plaintiff's Motion for Summary Judgment.

23          This is Defendant's first request for an extension of time in this matter.

24                                       Respectfully submitted,

25  Dated: March 30, 2012               */s/ Tom F. Weathered*
                                        (as authorized via e-mail)
26                                      TOM F. WEATHERED
                                        Attorney for Plaintiff
27
28

MELINDA L. HAAG
United States Attorney

Dated: March 30, 2012                 By /s/ Elizabeth Barry
                                      ELIZABETH BARRY
                                      Special Assistant U.S. Attorney
                                      Attorneys for Defendant


ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 3, 2012

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE