1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
       160 Spear Street, 8th Floor
5      San Francisco, California 94105
       Telephone:  (415) 977-8972
6      Facsimile:  (415) 744-0134
       Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                     UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                         **SAN JOSE DIVISION**
10

11 MARIA CRISTINA LOPEZ MANZO,    )
                                  )   CASE NO.: 5:11-cv-05137-EJD
12                                )
           Plaintiff,             )   STIPULATION AND [PROPOSED] ORDER
13                                )   FOR A FIRST EXTENSION FOR
       v.                         )   DEFENDANT TO FILE NOTICE, MOTION,
14                                )   AND MEMORANDUM IN SUPPORT OF
   MICHAEL J. ASTRUE,             )   CROSS-MOTION FOR SUMMARY
15 Commissioner of                )   JUDGMENT AND IN OPPOSITION TO
   Social Security,               )   PLAINTIFF'S MOTION FOR SUMMARY
16                                )   JUDGMENT
           Defendant.             )
17 _____)

18     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

19 of the Court, that Defendant shall have a 30-day extension, or until May 9, 2012, in which to file his

20 Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

21 Opposition to Plaintiff's Motion for Summary Judgment.

22     This is Defendant's first request for an extension of time in this matter.

23                                    Respectfully submitted,

24 Dated: March 30, 2012             /s/ Tom F. Weathered
                                     (as authorized via e-mail)
25                                   TOM F. WEATHERED
                                     Attorney for Plaintiff
26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MELINDA L. HAAG
United States Attorney

Dated: March 30, 2012     By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 3, 2012                          
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE