MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

160 Spear Street, 8th Floor
San Francisco, California 94105
Telephone:  (415) 977-8972
Facsimile:  (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| MARIA CRISTINA LOPEZ MANZO,          )<br>                                                            )<br>                    Plaintiff,               )<br>                                                            )<br>            v.                                          )<br>                                                            )<br>MICHAEL J. ASTRUE,                       )<br>Commissioner of                             )<br>Social Security,                                )<br>                                                            )<br>                    Defendant.             )<br>_____) | CASE NO.: 5:11-cv-05137-EJD<br><br>STIPULATION AND ~~PROPOSE~~D ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until June 8, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's second request for an extension of time in this matter.

Respectfully submitted,

Dated: May 8, 2012            */s/ Tom F. Weathered*
                                           (as authorized via e-mail)
                                           TOM F. WEATHERED
                                           Attorney for Plaintiff

|   |   |
|---|---|
| | MELINDA L. HAAG<br>United States Attorney |
| Dated: May 8, 2012 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 9, 2012

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

2