1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
5      160 Spear Street, 8th Floor
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8  Attorneys for Defendant

                    UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
                        **SAN JOSE DIVISION**
10

11  MARIA CRISTINA LOPEZ MANZO,        )
                                       )   CASE NO.: 5:11-cv-05137-EJD
12                  Plaintiff,         )
                                       )   STIPULATION AND ~~PROPOSE~~D ORDER
13                                     )   FOR A SECOND EXTENSION FOR
            v.                         )   DEFENDANT TO FILE NOTICE, MOTION,
14                                     )   AND MEMORANDUM IN SUPPORT OF
    MICHAEL J. ASTRUE,                 )   CROSS-MOTION FOR SUMMARY
15  Commissioner of                    )   JUDGMENT AND IN OPPOSITION TO
    Social Security,                   )   PLAINTIFF'S MOTION FOR SUMMARY
16                                     )   JUDGMENT
                    Defendant.         )
17  _____  )

18
19       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20  of the Court, that Defendant shall have a 30-day extension, or until June 8, 2012, in which to file his

21  Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22  Opposition to Plaintiff's Motion for Summary Judgment.

         This is Defendant's second request for an extension of time in this matter.
23
                                    Respectfully submitted,
24

25  Dated: May 8, 2012              */s/ Tom F. Weathered*
                                    (as authorized via e-mail)
26                                  TOM F. WEATHERED
                                    Attorney for Plaintiff
27

28

MELINDA L. HAAG
United States Attorney

Dated: May 8, 2012                    By /s/ Elizabeth Barry
                                      ELIZABETH BARRY
                                      Special Assistant U.S. Attorney
                                      Attorneys for Defendant


<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____May 9, 2012_____        _____
                                        EDWARD J. DAVILA
                                        UNITED STATES DISTRICT JUDGE